```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 02689
    JOHNNIE C GROSS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9408

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/06/2008 and was confirmed 04/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
NATIONWIDE LOAN            UNSEC W/INTER      1547.83              .00             .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00              .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    15225.01              .00             .00
HOME VEST CAPITAL LLC 30   CURRENT MORTG      3621.24              .00         3621.24
HOME VEST CAPITAL LLC 30   MORTGAGE ARRE      3568.88              .00             .00
CAPITAL ONE AUTO FINANCE   SECURED NOT I    17724.62              .00             .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC      3168.63           107.82          433.74
CAVALRY PORTFOLIO SERVIC   UNSEC W/INTER   NOT FILED              .00             .00
HARVARD COLLECTION SERVI   UNSEC W/INTER   NOT FILED              .00             .00
ISAC                       NOTICE ONLY     NOT FILED              .00             .00
ILLINOIS COLLECTION SE     UNSEC W/INTER   NOT FILED              .00             .00
ILLINOIS COLLECTION SE     UNSEC W/INTER   NOT FILED              .00             .00
ILLINOIS COLLECTION SE     UNSEC W/INTER   NOT FILED              .00             .00
ILLINOIS COLLECTION SE     UNSEC W/INTER   NOT FILED              .00             .00
NATIONWIDE ACCEPTANCE~     UNSEC W/INTER   NOT FILED              .00             .00
PROFESSIONAL ACCOUNT MGM   UNSEC W/INTER   NOT FILED              .00             .00
WEST ASSET MANAGEMENT      UNSEC W/INTER   NOT FILED              .00             .00
ERICA GROSS                NOTICE ONLY     NOT FILED              .00             .00
THOMAS R HITCHCOCK         PRIORITY        NOT FILED              .00             .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER      766.44              .00             .00
AMERICREDIT FINANCIAL SE   UNSEC W/INTER   NOT FILED              .00             .00
COUNTRYWIDE HOME LOANS I   NOTICE ONLY     NOT FILED              .00             .00
COUNTRYWIDE HOME LOANS I   NOTICE ONLY     NOT FILED              .00             .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED              .00             .00
THOMAS R HITCHCOCK         DEBTOR ATTY       2,338.50                         2,000.68
TOM VAUGHN                 TRUSTEE                                              526.52
DEBTOR REFUND              REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02689 JOHNNIE C GROSS
```

```
TRUSTEE                                   6,690.00

PRIORITY                                                        .00
SECURED                                                    4,054.98
    INTEREST                                                 107.82
UNSECURED                                                       .00
ADMINISTRATIVE                                             2,000.68
TRUSTEE COMPENSATION                                         526.52
DEBTOR REFUND                                                   .00
                                     ----------------  ----------------
TOTALS                                    6,690.00         6,690.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/05/09              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 02689 JOHNNIE C GROSS